| | |
|---|---|
| GUADALUPE CISNEROS,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TRUCKVAULT, INC., et al.,<br><br>　　　　　　　　Defendants. | CASE NO. C17-402 MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

The Court, having received and reviewed the Order to Allow Joint Stipulated Motion for Extension of Time for Discovery Deadlines (Dkt. No. 13), makes the following findings:

The motion contains insufficient facts to establish good cause for a continuance/revision. The Court requires a minimum of 90 days between the dispositive motions deadline and the trial date.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

ORDER ON MOTION TO REVISE CASE SCHEDULE - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated: October 24, 2017.

*[signature]*

Marsha J. Pechman
United States District Judge