# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GUADALUPE CISNEROS,<br><br>                Plaintiff,<br><br>v.<br><br>TRUCKVAULT, INC.,<br><br>                Defendant. | CASE NO. C17-402 MJP<br><br>ORDER ON MOTION TO REVISE CASE SCHEDULE |

The Court, having received and reviewed the Third Stipulated Motion and Order Extending Discovery Deadlines and Trial Date (Dkt. No. 19), makes the following findings:

The motion contains no specific (or insufficient) facts to establish good cause for a continuance/revision; specifically, why the loss of approximately two weeks of preparation time requires a 60-day continuance to cure.

Therefore, IT IS ORDERED that the request to revise the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated: January 9, 2018.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge