HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUADALUPE CISNEROS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TRUCKVAULT, INC., a Washington corporation, and JEFFREY RUSSELL, an individual,<br><br>Defendants. | NO. 2:17-cv-00402-MJP<br><br>FOURTH JOINT STIPULATED MOTION AND ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE<br><br>NOTE ON MOTION CALENDAR:<br>JANUARY 16, 2018<br><br>**[CLERK'S ACTION REQUIRED]** |

Pursuant to FRCP 16(b)(4) and LCR 16(b)(4), undersigned counsel for Plaintiff Guadalupe Cisneros and Defendants TruckVault, Inc. and Jeffrey Russell, and subject to the Court's approval, hereby renew their agreed stipulated motion to extend by 60 days the deadlines for discovery and trial date set forth in the Court's November 6, 2017 Order to Allow Second Joint Stipulated Motion for Extension of Time for Discovery Deadlines and Trial Setover. As the parties noted in their third stipulated motion, this extension is necessitated by unforeseen circumstances that delayed previously scheduled depositions scheduled for December 2017 and subsequent scheduling issues for counsel and the deponents. *See* Dkt. No. 19.

In sum, due to an unexpected family emergency for Defendants' counsel, the parties cancelled the depositions scheduled for mid-December and were forced to reschedule. Dkt. No.

{DFS1670317.DOCX;1/12326.000025/ }
FOURTH JOINT STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 1  NO. 2:17-cv-00402-MJP

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

20 (Declaration of Patrick Pearce in Support of Third Stipulated Motion and [Proposed] Order Extending Discovery Deadlines and Trial Date). Seven depositions needed to be rescheduled: six defense deponents and the Plaintiff. Declaration of Patrick Pearce in Support of Third Stipulated Motion and [Proposed] Order Extending Discovery Deadlines and Trial Date ("Pearce Decl.") at ¶ 3. Because Plaintiff's counsel is located in Portland, Oregon, and will be traveling to Burlington, Washington to depose six defense deponents, and to Seattle, Washington to defend the deposition of Plaintiff, the parties agreed to schedule multi-day periods to facilitate multiple depositions in single trip for Plaintiff's counsel. Pearce Decl. at ¶ 3. Plaintiff's counsel is unavailable January 10-17, 2018, January 23, 2018, February 1-2, 2018, and February 6-23, 2018. Declaration of Talia Y. Stoessel in Support of Fourth Joint Stipulated Motion for Extension of Time for Discovery Deadlines ("Stoessel Decl.") at ¶¶ 3-4. In email correspondence regarding scheduling, Plaintiff's counsel also indicated she was possibly unavailable on January 25-26, 2018. Pearce Decl. at ¶ 4. Plaintiff's counsel's unavailability in February is primarily the result of counsel's need to care for an immediate family member following an intensive surgery that has already been rescheduled once. Stoessel Decl. at ¶ 3.

The parties agreed to schedule the depositions of four defense deponents over a two-day period, January 30-31, 2018 in Burlington, Washington. Pearce Decl. at ¶ 6. Notices for those depositions have been issued. Pearce Decl. at ¶ 6. However, two defense deponents were unavailable at the end of January and beginning of February because of preplanned out-of-state travel. Pearce Decl. at ¶ 7. Due to the preplanned travel of the two unavailable defense deponents and Plaintiff's work schedule, the parties determined that the next available two-day period was February 27-28, 2018, and agreed to schedule the remaining depositions over those two days. Pearce Decl. at ¶ 7. Notices for those depositions have been issued. Pearce Decl. at ¶ 7.

To ensure that depositions can be completed as scheduled and noticed, and that the parties have an adequate amount of time following the depositions to file any necessary

{DFS1670317.DOCX;1/12326.000025/ }
FOURTH JOINT STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 2  NO. 2:17-cv-00402-MJP

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

discovery related-motions and conduct follow-up discovery, the parties now seeking a 60-day extension of the discovery deadlines and trial date. Accordingly, the parties stipulate as follows:

- Disclosure of expert testimony under FRCP 26(a)(2): **March 1, 2018**
- Deadline for filing motions related to discovery. **April 2, 2018**
- Discovery completed by: **May 2, 2018**
- All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)): **May 25, 2018**
- Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than: **July 13, 2018**
- All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter: **August 3, 2018**
- Agreed pretrial order due: **August 17, 2018**
- Pretrial conference to be scheduled by the Court.
- Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due: **August 24, 2018**
- Trial: **August 31, 2018**

DATED this 16th day of January, 2018.

| BENNETT HARTMAN MORRIS & KAPLAN LLP | OGDEN MURPHY WALLACE, PLLC |
|---|---|
| By  s/Talia Y. Stoessel<br>Talia Y. Stoessel, WSBA #50548<br>210 SW Morrison Street, Suite 500<br>Portland, Oregon 97204<br>Tel: 503.227.4600<br>Fax: 503.248.6800<br>stoesselt@bennetthartman.com<br>Attorneys for Plaintiff Guadalupe Cisneros | By   s/Patrick S. Pearce<br>Patrick S. Pearce, WSBA #20857<br>901 Fifth Avenue, Suite 3500<br>Seattle, Washington 98164-2008<br>Tel: 206.447.7000<br>Fax: 206.447.0215<br>ppearce@omwlaw.com<br>Attorneys for Defendant TruckVault, Inc. and Jeffrey Russell |

{DFS1670317.DOCX;1/12326.000025/ }
FOURTH JOINT STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 3  NO. 2:17-cv-00402-MJP

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## ORDER

IT IS HEREBY ORDERED that the deadlines for discovery and trial date shall be extended for good cause as follows:

- Disclosure of expert testimony under FRCP 26(a)(2): **March 19, 2018**
- Deadline for filing motions related to discovery. **April 18, 2018**
- Discovery completed by: **May 18, 2018**
- All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)): **June 18, 2018**
- Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than: **July 13, 2018**
- All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter: **September 10, 2018**
- Agreed pretrial order due: **October 3, 2018**
- Pretrial conference: **October 5, 2018 at 1:30 PM**
- Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due: **October 3, 2018**
- Trial: **October 15, 2018 at 9:00 AM**

DATED this 18th day of January, 2018.

_____
Marsha J. Pechman
United States District Judge

{DFS1670317.DOCX;1/12326.000025/ }
FOURTH JOINT STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 4  NO. 2:17-cv-00402-MJP

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215

## **CERTIFICATE OF SERVICE**

I certify under the laws of the United States of America that on the 16th day of January, 2018 I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all counsel of record.

DATED this 16th day of January, 2018.

                                               s/Patrick S. Pearce
                                               Patrick S. Pearce

{DFS1670317.DOCX;1/12326.000025/ }
FOURTH JOINT STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES AND TRIAL DATE - 5  NO. 2:17-cv-00402-MJP

OGDEN MURPHY WALLACE, P.L.L.C.
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Tel: 206.447.7000/Fax: 206.447.0215